UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMOUIL BOGOMILOV PANAYOTOV,

    Plaintiff,

v.                                     Case No:   2:14-cv-750-FtM-38DNF

ALAN ARONSON, DONNA E.
BLANTON, MICHELE GAVAGNI,
JORGE LABARGA, BARBARA J.
PARIENTE, R. FRED LEWIS,
PEGGY A. QUINCE, CHARLES T.
CANADY, RICKY POLSTON and
JAMES E.C. PERRY,

    Defendants.
_____/

## **ORDER**[1]

      This matter comes before the Court on Motion to Cancel the Hearing Scheduled for March 3, 2015 (Doc. #44) filed on February 6, 2015. Plaintiff Samouil Bogomilov Panayotov, *pro se*, initiated this action by filing a complaint and motion for preliminary injunction on December 30, 2014. (Doc. #1; Doc. #2). Thereafter, the Court scheduled a hearing on the motion for preliminary injunction. (Doc. #5). Now, Panayotov requests canceling the hearing due to new information that he received from the Florida Board of Bar Examiners. Due to the instant motion, it appears that the motion for preliminary

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

injunction is now moot. Consequently, the Court will cancel the hearing and moot the pending motion for preliminary injunction.

Accordingly, it is now

**ORDERED:**

Motion to Cancel the Hearing Scheduled for March 3, 2015 (Doc. #44) is **GRANTED**. The Clerk is directed to cancel the hearing accordingly. The motion for preliminary injunction (Doc. #2) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record